**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
SGT. JAMES E. GINGER, et al., )
                              )
                  Plaintiffs, )
                              )
         v.                   )   Civil Action No. 03-2512 (EGS)
                              )
                              )
DISTRICT OF COLUMBIA, et al., )
                              )
                  Defendants. )
_____)
```

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Renewed Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' claims are **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendants and against plaintiffs.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           March 5, 2007**